IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/20/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

| | |
|---|---|
| **BERNICE B.**[1], ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 6:22cv00027 |
| ) | |
| **KILOLO KIJAKAZI,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

In accordance with the Memorandum Opinion entered today, Plaintiff's motion for summary judgment is **GRANTED in part** (Dkt. 14), the Commissioner's Motion for Summary Judgment is **DENIED** (Dkt. 19), and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED.**

Entered:  June 20, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security opinions.